In the Matter of the Application of the CITY OF NEW YORK, Relative to Opening Schenectady Avenue, etc. JENNIE L. DERBY, Petitioner; COLUMBIA WIRE COMPANY, Respondent.— Motion to open default of the Columbia Wire Company granted, on payment of ten dollars costs within five days to attorney for petitioner, and on the further condition that said appellant perfect its appeal, and place the case on the calendar for the

January term, 1918, and be ready for argument when reached; otherwise, appeal dismissed, with ten dollars costs.  Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.